Commonwealth ex rel. Brogan, Appellant, *v.* Banmiller.

Submitted October 9, 1957. Before Rhodes, P. J., Hirt, Gunther, Wright, Woodside, Ervin, and Watkins, JJ.

*Earl A. Brogan,* appellant, in propria persona.

*Lawrence M. Aglow* and *Juanita Kidd Stout,* Assistant District Attorneys, *James N. Lafferty,* First Assistant District Attorney, and *Victor H. Blanc,* District Attorney, for appellee.

OPINION PER CURIAM, November 12, 1957:

The order of the court below is affirmed on the opinion of Judge SLOANE, as reported in 10 Pa. D. & C. 2d 1. See also, *Com ex rel. Brogan v. Tees,* 180 Pa. Superior Ct. 174, 119 A. 2d 561.

Commonwealth *v.* Aiello, Appellant.

Argued October 9, 1957. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.